CORRECTED COPY

**STATE OF LOUISIANA**  * **NO. 2023-K-0636**

**VERSUS**  *

  **COURT OF APPEAL**

**DONALD FRANKLIN**  *

  **FOURTH CIRCUIT**

 *

  **STATE OF LOUISIANA**

 * * * * * * *

ON SUPERVISORY WRIT FROM THE
ST. BERNARD 34TH JUDICIAL DISTRICT COURT
NO. 22-01545, DIVISION "C"
Honorable Kim C. Jones, Judge Presiding
* * * * * *
**Judge Paula A. Brown**
* * * * * *

(Court composed of Judge Rosemary Ledet, Judge Sandra Cabrina Jenkins, Judge
Paula A. Brown)

**JENKINS, J., DISSENTS WITH REASONS**


Perry Nicosia, District Attorney
Daniel J. Dysart, Assistant District Attorney
Ashton Licciardi, Assistant District Attorney
St. Bernard Parish District Attorney's Office
1101 West St. Bernard Highway
Chalmette, Louisiana 70043

COUNSEL FOR PLAINTIFF/ RELATOR


Keith Michael Couture
Couture Law LLC
337 Highway 21, Suite D
Mandeville, LA 70447

COUNSEL FOR DEFENDANT/ RESPONDENT

**WRIT DENIED**
**OCTOBER 4, 2023**

Relator, State of Louisiana, re-urges this Court to consider its request for expedited supervisory review of the district court's October 3, 2023 ruling. After considering the merits of this request, Relator's writ is denied.

**WRIT DENIED**